IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael Wagner,<br><br>　　　Plaintiff,<br><br>v.<br><br>International Business Machines Corporation,<br><br>　　　Defendant. | Case No.: 1:18-cv-03398-CCB |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Wagner, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant International Business Machines Corporation.

Dated: December 1, 2018

Respectfully submitted,

TAYMAN LANE CHAVERRI LLP

/s/Erin L. Webb
Erin L. Webb (Bar No. 15731)
David Lee Tayman (Bar No. 15093)
Katie Lane Chaverri (Bar No. 17074)
Tayman Lane Chaverri LLP
601 13th Street NW
Suite 900 South
Washington, D.C. 20005
Tel:  (202) 695-8124
Fax:  (202) 478-2781
ewebb@tlclawfirm.com
dtayman@tlclawfirm.com
kchaverri@tlclawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 1st day of December, 2018, the foregoing Notice of Voluntary Dismissal Without Prejudice was served on all parties via the Court's CM/ECF system.

              /s/ Erin L. Webb
              Erin L. Webb